AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>David Kennedy Homol<br>DOB: ▆▆▆▆▆<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:24-mj-00005
Assigned To : Meriweather, Robin M.
Assign. Date : 1/8/2024
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the
_____ in the District of ____Columbia____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress; | |
| 18 U.S.C. §§ 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers; | |
| 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder; | |
| 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; | |
| 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; | |
| 18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds; | |
| 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building; | |
| 40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence on Capitol Grounds. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ____01/08/2024____

_____
*Judge's signature*

City and state:        Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
_____
*Printed name and title*