# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
David Kennedy Homol

)
)
)
)
)
)
)

Case: 1:24-mj-00005
Assigned To : Meriweather, Robin M.
Assign. Date : 1/8/2024
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   David Kennedy Homol ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. §§ 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence on Capitol Grounds.

Date:   01/08/2024

2024.01.08
12:01:52 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* 8-Jan-24 , and the person was arrested on *(date)* 10-Jan-24
at *(city and state)* Orlando Florida .

Date:   10-Jan-24

*Arresting officer's signature*

Jacob Hamilton - Special Agent

*Printed name and title*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                        CASE NO: 6:24-mj-1016-DCI

**DAVID KENNEDY HOMOL**

AUSA: Kara Wick

Defense Attorney: Karla Reyes, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **January 10, 2024**<br>1:57 P.M. – 2:06 P.M.<br>3:31 P.M. – 3:51 P.M. |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | 28 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | Ebonie Henderson-Larrame & Sonya Williams |

### CLERK'S MINUTES
### INITIAL APPEARANCE - RULE 5C

Case called, appearances made, procedural setting by the Court.
Court advises defendant of the allegations in the complaint.
Defendant makes ore tenus motion for court appointed counsel. Motion granted. Court appoints FPD for proceedings in the MDFL.
Defendant waives rule 5 hearings.
Government makes ore tenus motion for release.
Recess (2:06 P.M.)
Court back in session (3:31 P.M.)
Motion for release granted. Order setting conditions of release to enter.
Court adjourned.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                               **CASE NO: 6:24-mj-1016-DCI**

**DAVID KENNEDY HOMOL**

---

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this District in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida on January 10, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                     CASE NO: 6:24-mj-1016-DCI

**DAVID KENNEDY HOMOL**

Charging District's
Case No. <u>1:24-mj-5</u>

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I, **David Kennedy Homol**, understand that I have been charged in another district, the District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise - unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed.R. Crim.P. 20, to plead guilty.

## I AGREE TO WAIVE MY RIGHT(s) TO:

☑ an identity hearing and production of the warrant

☑ a preliminary hearing

☐ a detention hearing

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

January 10, 2024

_____
Defendant's Signature

_____
Signature of defendant's attorney

Karla M. Reyes FL# 126652
Printed name of defendant's attorney

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                             **CASE NO: 6:24-mj-1016-DCI**

**DAVID KENNEDY HOMOL**

---

### FINDINGS AND ORDER ON REMOVAL PROCEEDINGS
### PURSUANT TO RULE 5(C), FED.R.CRIM.P.

David Kennedy Homol, having been arrested and presented before me for removal proceedings pursuant to Rule 5(c), Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5(d) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 5(c) Complaint from District of Columbia was held on January 10, 2024.

Based on the defendant's waiver of identity hearing, I find that DAVID KENNEDY HOMOL is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary hearing has been held because the defendant has waived his right to a preliminary hearing.

It is, therefore,

**ORDERED** that DAVID KENNEDY HOMOL be held to answer in the district court in which the prosecution is pending.   Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 10, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

CLOSED

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:24-mj-01016-DCI All Defendants

| | |
|---|---|
| Case title: USA v. Homol | Date Filed: 01/10/2024 |
| Other court case number: 1:24-mj-5 District of Columbia | Date Terminated: 01/10/2024 |

Assigned to: Magistrate Judge Daniel C. Irick

**Defendant (1)**

**David Kennedy Homol**
*TERMINATED: 01/10/2024*

represented by **Karla Mariel Reyes**
Federal Public Defender's Office
201 S Orange Ave., Ste 300
Orlando, FL 32801-3417
407/648-6338
Email: karla_reyes@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts** | **Disposition**
---|---
None |

**Highest Offense Level (Opening)**
None

**Terminated Counts** | **Disposition**
---|---
None |

**Highest Offense Level (Terminated)**
None

**Complaints** | **Disposition**
---|---
18:1512(c)(2).F OBSTRUCTION OF JUSTICE/CONGRESS, 18:111.F ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES, 18:231.F CIVIL DISORDER, 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.F |

**Plaintiff**

USA                                             represented by   **Kara Wick**
                                                                 US Attorney's Office
                                                                 400 W Washington St. Suite 3100
                                                                 Orlando, FL 32801
                                                                 407-648-7526
                                                                 Email: kara.wick@usdoj.gov
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2024 | 1 | Arrest pursuant to Rule 5(c)(2) of David Kennedy Homol from the District of Columbia. (Attachments: # 1 District of Columbia Indictment)(TNP) (Entered: 01/10/2024) |
| 01/10/2024 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Daniel C. Irick: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 1/10/2024 as to David Kennedy Homol from the District of Columbia. (Digital) (TNP) (Entered: 01/10/2024) |
| 01/10/2024 | 3 | ***CJA 23 Financial Affidavit by David Kennedy Homol. (TNP) (Entered: 01/10/2024) |
| 01/10/2024 | 4 | Ore Tenus MOTION to Appoint Counsel by David Kennedy Homol. (TNP) (Entered: 01/10/2024) |
| 01/10/2024 | 5 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER, granting 4 Ore Tenus Motion to Appoint Counsel as to David Kennedy Homol (1). Signed by Magistrate Judge Daniel C. Irick on 1/10/2024. (TNP)** (Entered: 01/10/2024) |
| 01/10/2024 | 6 | WAIVER of Rule 5 & 5.1 Hearings hearing by David Kennedy Homol. (TNP) (Entered: 01/10/2024) |
| 01/10/2024 | 7 | Ore Tenus MOTION for Release from Custody by USA as to David Kennedy Homol. (TNP) (Entered: 01/10/2024) |
| 01/10/2024 | 8 | **ORDER Setting Conditions of Release, granting 7 Ore Tenus Motion for Release from Custody. Signed by Magistrate Judge Daniel C. Irick on 1/10/2024. (TNP)** (Entered: 01/10/2024) |
| 01/10/2024 | 9 | NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to David Kennedy Homol: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (TNP) (Entered: 01/10/2024) |
| 01/10/2024 | 10 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to David Kennedy Homol. Signed by Magistrate Judge Daniel C. Irick on 1/10/2024. (TNP)** (Entered: 01/10/2024) |
| 01/10/2024 |  | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to David Kennedy Homol regarding your case number: 1:24-mj-5. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No |

|  |  | different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (TNP) (Entered: 01/10/2024) |
| --- | --- | --- |
| 01/10/2024 | <u>11</u> | RECEIPT for surrender of Passport Card as to David Kennedy Homol. Passport Card Number: C21264941. Issuing Country: United States of America. (JG) (JG). (Entered: 01/10/2024) |