# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**DAVID KENNEDY HOMOL,**<br><br>Defendant. | Case No. 24-mj-5 |

## GOVERNMENT'S SUGGESTION OF DEATH
## AND MOTION FOR ABATEMENT OF PROSECUTION

The United States, through undersigned counsel, respectfully seeks abatement of prosecution in this matter.

The government recently received a police report from the Panama City Police Department (Case Number 2024-028096). According to the report, Mr. Homol passed away on April 18, 2024. His passing has been confirmed by defense counsel.

A defendant's death is a basis for abatement of all prosecution proceedings from their inception. *Durham v. United States*, 401 U.S. 481, 483 (1971).

WHEREFORE, the United States requests that this prosecution be abated.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  /s/ Nathaniel K. Whitesel
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759

/s/ Elizabeth N. Eriksen
VA Bar No. 72399
Trial Attorney, Detailee
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 616-4385
elizabeth.eriksen2@usdoj.gov